■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON LATEMPA, Appellant. [17 NYS3d 293]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered January 13, 2014, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree and menacing in the second degree, and sentencing him, as a second felony offender, to an aggregate term of 2½ to 5 years, unanimously affirmed.

The verdict is not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of inconsistencies in testimony.

We perceive no basis for reducing the sentence. Concur—Gonzalez, P.J., Mazzarelli, Sweeny, Richter and Manzanet-Daniels, JJ.